# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**LUIS R. GONZALEZ-LAUZAN,**

    **Petitioner,**

v.                          **CASE NO. 5:17cv158-MCR-CAS**

**UNITED STATES DEPARTMENT OF JUSTICE,**

    **Respondent.**

_____/

## O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge dated June 20, 2017. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2.  The petition for writ of habeas corpus filed by Luis R. Gonzalez-Lauzan pursuant to 28 U.S.C. § 2241 (ECF No. 8) is **DISMISSED**.

3.  A certificate of appealability is **DENIED** pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this 21st day of August, 2017.


*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**